**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Annette Fuller Roach                    Robert Wayne Brown
Louisiana Appellate Project             ALC-Earth D1 DOC No. 261411
P. O. Box 1747                          3751 Lauderdale Woodyard Road
Lake Charles LA 70602-1747              Kinder La 70648


**REHEARING ACTION: November 21, 2007**


**Docket Number: 07   00388-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT WAYNE BROWN**

**Appealed from Rapides Parish Case No. 279,245**


**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Glenn B. Gremillion**
    **Hon. J. David Painter**



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Wayne Brown** has this day been

    **DENIED.**

Also, the request for en banc rehearing filed by **Robert Wayne Brown** has this day

been

    **DENIED.**


cc: James C. Downs, Counsel for the Appellee